# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**  
Clerk

**DANIEL R. MCALLISTER**  
Chief Deputy

Alexander Pirnie Federal Building  
10 Broad Street  
Utica, NY 13501  
(315) 793-8151

October 19, 2020

Mark L. Rienzi, Esq.  
The Becket Fund for Religious Liberty  
1200 New Hampshire Ave. NW, Suite 700  
Washington, DC 20036

Josh Blackman, Esq.  
Jewish Coalition for Religious Liberty  
1303 San Jacinto Street  
Houston, TX 77002

RE: Yitzchok Lebovits, et al.   vs. Andrew M. Cuomo, et al.  
NYND CASE NO. 1:20-CV-1284  (GLS/DJS)

Dear Sir or Madam:

Please be advised that the above case was filed October 16, 2020, in the Northern District of New York.  You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This means all attorneys MUST have an individual PACER account, and request admission via PACER.  If you will be seeking Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.  If you will be seeking Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.  Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Helen M. Reese,  
    Case Processing Specialist

cc: Eric C. Rassbach, Esq. (via CM/ECF)  
    NDNY File