# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YITZCHOK LEBOVITS and CHANA SHAPIRO-LEBOVITS, *et al.*<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ANDREW M. CUOMO, individually and in his official capacity as Governor of the State of New York; *et al.*<br><br>    *Defendants.* | Civil No. 1:20-cv-01284-GLS-DJS<br>Hon. Gary L. Sharpe<br><br>**[PROPOSED] ORDER** |

Upon consideration of the Motion for Leave to File Amicus Curiae Brief Filed by the Muslim Public Affairs Council ("MPAC"), the Religious Freedom Institute's Islam and Religious Freedom Action Team ("IRF"), and Asma Uddin in Support of Plaintiffs' Application for Order to Show Cause for Temporary Restraining Order or Motion for Preliminary Injunction, it is hereby ORDERED  that the Motion for Leave to File Amicus Curiae Brief Filed by MPAC, IRF, and Asma Uddin, in Support of Plaintiffs' Application for Order to Show Cause for Temporary Restraining Order or Motion for a Preliminary Injunction, is GRANTED.

Dated: _____                    _____

                                                                                                                     Hon. Gary L. Sharpe