# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YITZCHOK LEBOVITS and CHANA SHAPIRO-LEBOVITS, on their own behalf and on behalf of their daughters E.L., a minor, and A.L., a minor; and BAIS YAAKOV ATERES MIRIAM, a New York religious corporation,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ANDREW M. CUOMO, individually and in his official capacity as Governor of the State of New York; BILL DE BLASIO, individually and in his official capacity as Mayor of the City of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; HOWARD A. ZUCKER, in his official capacity as Commissioner of the New York State Department of Health; CITY OF NEW YORK; and NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE,<br><br>    *Defendants*. | Civil No. 1:20-cv-01284-GLS-DJS<br><br>**NOTICE OF APPEARANCE** |

    I am admitted to practice law in this court, and I appear in this case as additional counsel for Plaintiffs Yitzchok Lebovits and Chana Shapiro-Lebovits, on their own behalf and on behalf of their daughters E.L., a minor, and A.L., a minor; and Bais Yaakov Ateres Miriam, a New York religious corporation.

Dated: October 29, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Josh Blackman
　　　　　　　　　　　　　　　　　　Josh Blackman (N.D.N.Y. Bar No. 702246)
　　　　　　　　　　　　　　　　　　Jewish Coalition for Religious Liberty
　　　　　　　　　　　　　　　　　　1303 San Jacinto Street
　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　Telephone: (202) 294-9003

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

s/ Josh Blackman
Josh Blackman (N.D.N.Y. Bar No. 702246)
Jewish Coalition for Religious Liberty
1303 San Jacinto Street
Houston, TX 77002
Telephone: (202) 294-9003

*Counsel for Plaintiffs*