

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Melanie V. Sadok**
phone: (212)356-4371
fax: (212)356-2019
email: msadok@law.nyc.gov

November 4, 2020

**By ECF**
Honorable Daniel J. Stewart
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley - U.S. Courthouse
445 Broadway
Albany, NY  12207-2924

Re:  *Lebovits et al v. Cuomo et al*; Docket No 20-CV-01284 (GLS)(DJS)

Your Honor:

I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants Bill de Blasio, the City of New York, and the New York City Department of Health and Mental Hygiene ("City defendants") in the above-referenced matter.  City defendants respectfully request that their time to respond to the complaint be extended from November 12, 2020 to December 4, 2020.  Plaintiffs have consented to such extension and this Court has granted this extension to the State defendants.

Respectfully submitted,

/s/

Melanie V. Sadok
Assistant Corporation Counsel
*application for admission pro hac vice pending*

cc:   **By ECF**

Eric Rassbach, Esq.
*Attorney for Plaintiffs*

Chris Liberati-Conant
*Attorney for State defendants*