

1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
202-955-0095 / @BecketLaw
www.becketlaw.org

November 16, 2020

*VIA ECF*

The Honorable Gary L. Sharpe
Senior United States District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

**RE:**   *Lebovits v. Cuomo*, **No. 1:20-cv-01284-GLS-DJS**

Dear Judge Sharpe,

   Please be advised that Plaintiffs hereby withdraw their application for order to show cause for temporary restraining order filed on October 19, 2020. ECF 6. Subsequent to the filing of that application, Defendants agreed to allow Plaintiffs' school to reopen. Accordingly, Plaintiffs no longer currently need urgent relief.

   Thank you for your time and attention to this matter.

                                        Respectfully submitted,

                                        Mark L. Rienzi
                                        *Counsel for Plaintiffs*