UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEBOVITS, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>ANDREW M. CUOMO, et al.,<br><br>                              Defendants. | 1:20-cv-1284 (GLS/DJS) |

**NOTICE OF MOTION OF DEFENDANT ANDREW M. CUOMO TO EXTEND TIME TO FILE NOTICE OF APPEAL**

PLEASE TAKE NOTICE that upon the declaration of the undersigned counsel, including the exhibit appended thereto, the accompanying Memorandum of Law in Support of Motion of Defendant Andrew M. Cuomo to Extend Time to File Notice of Appeal, and all prior pleadings, proceedings, and filings in this action, Governor Cuomo so moves this Court before the Honorable Gary L. Sharpe for an order granting an extension of time to file a Notice of Appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5), and for such other relief as the Court deems just and proper.

Dated:    New York, New York
          April 6, 2022

                                        Respectfully submitted,

                                        By:    *s/ Rita M. Glavin*
                                               Rita M. Glavin*
                                               Glavin PLLC
                                               156 West 56th Street, #2004
                                               New York, NY 10019
                                               (646) 693-5505
                                               rglavin@glavinpllc.com
                                               *Counsel for former Governor Andrew Cuomo*

                                               *Admitted *pro hac vice*.